IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

FILED

OCT 1 4 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES OF AMERICA,

v.

CHRISTOPHER ARTHUR JONES, a/k/a
SMOOTH, et al.,

      Defendants.

Criminal Action No. 3:20-CR-38
(Judge Groh)

## MOTION TO UNSEAL THE CASE

The United States of America and William J. Powell, United States Attorney for the Northern District of West Virginia, by Lara K. Omps-Botteicher, Assistant United States Attorney for said District, files this *Motion to Unseal the Case*.

On October 7, 2020, a grand jury sitting in Wheeling, West Virginia returned a true bill. On the same date, the United States moved to seal the case until such time as all defendants were arrested or the United States moved to unseal the case, whichever occurred first. Arrest operations occurred on this date in the Northern District of West Virginia, and the United States now moves for this case to be unsealed.

Respectfully submitted,

WILLIAM J. POWELL
UNITED STATES ATTORNEY

By:   /s/ Lara K. Omps-Botteicher
       Lara K. Omps-Botteicher
       Assistant United States Attorney
       W. Va. Bar No. 11922
       217 W. King Street, Suite 400
       Martinsburg, WV 25401
       (304) 262-0590



**CERTIFICATE OF SERVICE**

I, Lara K. Omps-Botteicher, Assistant United States Attorney, for the Northern District of West Virginia, certify that on October 14, 2020, the foregoing *United States' Motion to Unseal the Case* was filed with the Clerk of the Court and the United States e-mailed an electronic copy of the filing to the individual below:

Barry P. Beck
Power, Beck & Matzureff Law Office
308 West Burke Street
Martinsburg, WV 25401

*Counsel for Christopher Arthur Jones, a/k/a Smooth*

                                        WILLIAM J. POWELL
                                        UNITED STATES ATTORNEY

By:   /s/ Lara K. Omps-Botteicher
        Lara K. Omps-Botteicher
        Assistant United States Attorney
        W. Va. Bar No. 11922
        217 W. King Street, Suite 400
        Martinsburg, WV 25401
        (304) 262-0590